SUE CAMPBELL, SBN 98728
MATTHEW P. MINSER, SBN 296344
CAMPBELL LAW OFFICE
1155 North First Street, Suite 218
San Jose, California 95112
Phone:  (408) 277-0648
Fax:    (408) 938-1035

Attorneys for Plaintiffs

*GRANTED*
*/s/ Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GELLER AND RONALD BENNETT AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>PROFESSIONAL TELECOMMUNICATIONS SERVICES INC., A California Corporation<br><br>Defendant(s). | CASE NO.: 15-CV-01450-MEJ<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION |

Comes now the Plaintiffs MIKE GELLER AND RONALD BENNETT AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 302 HEALTH AND WELFARE AND PENSION TRUST FUNDS in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

Dated:  May 7, 2015         /S/_____
                            SUE CAMPBELL
                            Attorney for Plaintiffs

-1-

CAMPBELL LAW OFFICE
1155 N. First St,
Ste. 218
San Jose, CA 95112

REQUEST FOR DISMISSAL OF ENTIRE ACTION
No. 15-CV-01450-MEJ

# PROOF OF SERVICE

I am a citizen of the United States. My business address is 1155 North First Street, Suite 218, San Jose, California 95112. I am employed in the county of Santa Clara where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**REQUEST FOR DISMISSAL OF ENTIRE ACTION**

- ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

- ☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

- ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

- ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

PROFESSIONAL TELECOMMUNICATIONS
SERVICES INC., A California Corporation
6111 SOUTHFRONT RD. SUITE B
LIVERMORE, CA 94551

- ☒ (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 7, 2015 at San Jose, California.

_____
VANESSA A. MINSER

-2-

CAMPBELL LAW OFFICE
1155 N. First St, Ste. 218
San Jose, CA 95112

REQUEST FOR DISMISSAL OF ENTIRE ACTION
No. 15-CV-01450-MEJ